UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-199
(1:25-cv-00075-JPJ-PMS)
_____

EDWARD JEWETT, in his official capacity as Clerk of the Circuit Court for the City of Richmond, Virginia; BRENDA HAMILTON, in her official capacity as Clerk of the Circuit Court for the City of Roanoke, Virginia; KELLY FLANNAGAN, in her official capacity as Clerk of the Circuit Court for the City of Bristol, Virginia

        Petitioners

v.

COURTHOUSE NEWS SERVICE; LEE ENTERPRISES, INCORPORATED; LEE BHM, LLC, Publisher of the Richmond Times-Dispatch, The Roanoke Times, Bristol Herald Courier, Lynchburg News and Advance, Fredericksburg Freelance Star and The Daily Progress

        Respondents

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the Western District of Virginia at Abingdon |
|---|---|
| Date Petition Filed: | 07/13/2026 |
| Petitioners | Edward Jewett, Brenda Hamilton, and Kelly Flannagan, all in their official capacities |
| Appellate Case Number | 26-199 |
| Case Manager | A. Walker<br>804-916-2702 |